**Order entered November 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01599-CV

## IN RE MICHAEL RAMBERANSINGH, Appellant

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-54515-2010**

## ORDER
Before Justices FitzGerald, Lang, and Myers

The Court has before it relator's petition for writ of mandamus and motion for "emergency temporary stay" of the proceedings in the trial court. The Court **GRANTS** the motion to stay to the extent that we **ORDER** the trial court's October 30, 2013 "Order on Motion to Revoke Suspended Commitment and Order for Warrant" and "Interlocutory Order on Motion for Enforcement and Order for Capias and Setting of Bond" **STAYED** pending further order of the Court.

The Court requests that real party file a response to the petition for writ of mandamus by **MONDAY, NOVEMBER 25, 2013**.

/s/     LANA MYERS
          JUSTICE